# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

September 12, 2023

> The extension request is GRANTED. The proposed schedule is adopted.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis
> United States Magistrate Judge
>
> September 15, 2023

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Wynter v. Commissioner of Social Security*
      Civil Action No. 1:23-cv-04712-ER-JW

Dear Judge Willis,

   We write on behalf of plaintiff, Dawn Wynter, and with the consent of the defendant, to request an extension of time to serve plaintiff's motion for judgment on the pleadings per the Court's August 9, 2023 Scheduling Order. Plaintiff's motion is due on September 15, 2023. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently has ten Social Security briefs, oral argument, and a religious holiday within the next ten days.

   After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

   a. Plaintiff to file her motion for judgment on the pleadings on or before **January 5, 2024**;

   b. Defendant to file its response/cross-motion on or before **March 5, 2024**; and

   c. Plaintiff to file her reply (if any) on or before **March 19, 2024.**

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:   212-725-9800
                                        Facsimile:    212-500-5115
                                        dosborn@osbornlawpc.com

cc: Avni Dinesh Gandhi, Esq. (by ECF)