**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAWN W.,

                Plaintiff,                          23 **CIVIL** 4712 (ER)

      -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2024, Plaintiff's Motion for Judgement on the Pleadings is DENIED, and the case is dismissed. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Opinion and Order would not be taken in good faith; therefore, IFP status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
           July 9, 2024

                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                        **BY:**     *K. Mango*

                                                **Deputy Clerk**